| | |
|---|---|
| 1 | Nathan R. Ring |
| | Nevada State Bar No. 12078 |
| 2 | **STRANCH, JENNINGS & GARVEY, PLLC** |
| | 3100 W. Charleston Boulevard, Suite 208 |
| 3 | Las Vegas, NV 89102 |
| | Telephone: (725) 235-9750 |
| 4 | lasvegas@stranchlaw.com |
| 5 | Linda P. Nussbaum (pro hac vice) |
| | **NUSSBAUM LAW GROUP, PC** |
| 6 | 1133 Avenue of the Americas, 31st Floor |
| | New York, New York, 10036 |
| 7 | T: (917) 438-9189 |
| | lnussbaum@nussbaumpc.com |
| 8 | |
| | James E. Cecchi (pro hac vice) |
| 9 | Caroline F. Bartlett (pro hac vice) |
| | **CARELLA BYRNE CECCHI** |
| 10 | **BRODY & AGNELLO, PC** |
| | 5 Becker Farm Road |
| 11 | Roseland, New Jersey 07068 |
| | T: (973) 994-1700 |
| 12 | jcecchi@carellabyrne.com |
| | cbartlett@carellabyrne.com |
| 13 | |
| | *Counsel for Plaintiff and the Proposed Class* |
| 14 | |
| | Todd L. Bice |
| 15 | **PISANELLI BICE PLLC** |
| | 400 S. 7th Street Suite 300 |
| 16 | Las Vegas, NV 89101 |
| | Telephone: 702.214.2100 |
| 17 | tlb@pisanellibice.com |
| 18 | Angela C. Agrusa* |
| | **DLA PIPER LLP (US)** |
| 19 | 2000 Avenue of the Stars |
| | Suite 400 North Tower |
| 20 | Los Angeles, CA 90067-4735 |
| | Telephone: 310.595.3000 |
| 21 | angela.agrusa@us.dlapiper.com |
| 22 | **Pro hac vice application forthcoming* |
| 23 | *Attorneys for Defendant* |
| | *MGM Resorts International* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
CASE NO. 2:23-CV-1826

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MANSON, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-1826-CDS-EJY<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Michael Manson and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the Complaint be extended from the current deadline of March 11, 2024 to and including April 10, 2024. This is the second stipulation for an extension of time to file MGM's responsive pleading. The court previously granted an extension on January 5, 2024. ECF No. 20.

Good cause exists to enlarge the time for MGM to respond to the Complaint. There are currently thirteen other related actions filed against MGM pending in this District (the "Related Actions"). *See Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481; *Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480; *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549; *Zussman v. Vici Properties Inc., et al.*, No. 2:23-cv-01537; *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577; *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698; *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719; *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981; *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777; *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550; *Sloan v. Vici Properties Inc., et al.*, No. 2:23-cv-02042; *Mejia v. MGM Resorts, Int'l*, No. 2:23-cv-00081; *Righetti v. MGM Resorts Int'l*, No. 2:23-cv-2064.

On December 6 and December 20, 2023, plaintiffs' counsel in six consolidated putative class actions brought against MGM by individuals who allege their PII was compromised as a result of a cybersecurity incident involving MGM in 2019 (the "2019 Actions") filed Notices of Related Cases Pursuant to District of Nevada Local Rule 42.1,

notifying the Court that the Related Actions are related to the 2019 Actions. In re: MGM Resorts Int'l Data Breach Litig., No. 2:20-CV-00376-GMN-NJK, ECF Nos. 186, 188. Plaintiffs in this action have opposed this effort because the 2019 Actions involved a different threat actor and different data. No order has issued on the notices filed by the plaintiffs in the 2019 Actions, and MGM has not responded to any other Complaint in the Related Actions.

The parties in the Related Actions are discussing this development in addition to the consolidation of the Related Actions. The parties in the Related Actions have also engaged in preliminary information exchange that may avoid the need for certain motion practice, which would conserve judicial resources. As such, additional time is required to permit time to meet and confer with the various parties to the Related Actions.

The Parties' request is made in good faith to enable the parties to finalize the joint motion for consolidation and conserve judicial and party resources. Moreover, this case is in its infancy, and this request will not prejudice any party.

**WHEREAS** the Parties respectfully request that MGM shall have until April 10, 2024, to answer, move, or otherwise respond to the Complaint.

Dated: March 7, 2024             Respectfully submitted,

By: /s/ Nathan Ring
Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
lasvegas@stranchlaw.com

Linda P. Nussbaum (pro hac vice forthcoming)
**NUSSBAUM LAW GROUP, PC**
1133 Avenue of the Americas, 31st Floor
New York, New York, 10036
lnussbaum@nussbaumpc.com

and

James E. Cecchi (pro hac vice forthcoming)
Caroline F. Bartlett (pro hac vice forthcoming)
**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, PC**
5 Becker Farm Road
Roseland, New Jersey 07068
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com

*Counsel for Plaintiff and the Proposed Class*

By: /s/ Todd L. Bice

Todd L. Bice
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
tlb@pisanellibice.com

Angela C. Agrusa
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Angela.agrusa@us.dlapiper.com

*Attorneys for Defendant*
*MGM Resorts International*

**IT IS SO ORDERED:**

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: March 7, 2024